James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
ZOHRA RICHARDSON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND COURTHOUSE

ZOHRA RICHARDSON, an individual;

    Plaintiff,

v.

JEFFERSON CAPITAL SYSTEMS, LLC, a Georgia Limited Liability Company and DOES 1 through 10, inclusive,

    Defendants.
_____/

Case No. 4:17-cv-3788-DMR

NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL

    Plaintiff hereby gives notice that the case has been settled and requests that this case be dismissed.

DATED: September 14, 2017       ____/s/ James A. Michel_____
                                                         JAMES A. MICHEL
                                                         Attorney for Plaintiff
                                                         ZOHRA RICHARDSON